# Court of Appeals
# of the State of Georgia

ATLANTA,  February 11, 2015

*The Court of Appeals hereby passes the following order:*

**A15I0092.  PAUL MARTIN PHILLIPS v. THE STATE.**

Paul Martin Phillips filed an application for interlocutory appeal from the trial court's order denying his motion to suppress.  We dismissed the application as untimely.  Phillips filed a motion for reconsideration from this ruling, demonstrating that the application had been mailed via certified mail and thus should have been given an earlier docketing date, rendering the application timely.  See Court of Appeals Rule 4 (c).

Phillips's motion for reconsideration is hereby GRANTED.  Our previous order dismissing this application is VACATED and the application is REINSTATED. Upon review of the merits, however, the application is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  02/11/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*